**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 484 MAL 2023

         Respondent              :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

         v.                         :

                                     :

CLINTON DESHAUN BURNS,         :

                                     :

         Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 30th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.